# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BARBARA POIRIER**

       **Plaintiff,**

**v.**
                                    **CASE No. 8:16-cv-3193-T-27TGW**

**PETSMART, INC.,**

       **Defendant.**

_____/

## ORDER

On June 13, 2017, this Court entered an Order directing Plaintiff to appear personally at a status conference scheduled for Thursday, June 29, 2017 at 2:00 P.M. (Dkt. 16). The Order expressly stated: *"FAILURE OF PLAINTIFF TO APPEAR AT SAID CONFERENCE . . . SHALL RESULT IN THE DISMISSAL OF THIS CAUSE."* (Dkt. 16). Plaintiff failed to appear, *pro se* or through newly retained counsel, at said hearing. The Court finds, based on Plaintiff's willful failure to comply with this Order and Mr. Robinson's failure to comply with the Court's directives as stated at the status conference, that lesser sanctions will not suffice. *Pierce v. City of Miami,* 176 F. App'x 12, 14 (11th Cir. 2006). Accordingly, this case is **DISMISSED** without prejudice. All pending motions are denied as moot. The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this 6th day of July, 2017.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record
*Pro Se* Plaintiff
Barbara Poirier
16 Frangipani Circle
Largo, Florida 33770